JOYCE R. BRANDA
Acting Assistant Attorney General

MELINDA HAAG (CSBN 132612)
United States Attorney

MICHAEL D. GRANSTON
RENÉE BROOKER
JAY MAJORS
ADAM TAROSKY
U.S. Department of Justice
Civil Division
    P.O. Box 261
    Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 307-0264
    Fax: (202) 514-0280
    e-mail: jay.majors@usdoj.gov

ALEX G. TSE (CSBN 152348)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Tel:(415) 436-6730
    Fax: (415) 436-6748
    e-mail: melanie.proctor@usdoj.gov

Attorneys for the
United States of America

**FILED**
DEC 03 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES ex rel. CAROLINA MARION,<br><br>    Plaintiffs,<br><br>v.<br><br>HEALD COLLEGE, LLC, et al.,<br><br>    Defendants. | No. C 12-2067 PSG<br><br>**AMENDED NOTICE OF ELECTION NOT TO INTERVENE**<br><br>**FILED UNDER SEAL**<br><br>[PROPOSED ORDER] |

AMENDED NOTICE OF ELECTION NOT TO INTERVENE; PROPOSED ORDER
C 12-2067 PSG

1

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in the amended complaint filed on September 29, 2014.[1]

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting. *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States only has the right to a hearing when it objects to a settlement or dismissal of the action. *United States ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 695 (9th Cir. 1995); *United States ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).

Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its rights to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

///
///
///
///
///
///
///

---

[1] The United States has already elected to not intervene in the original complaint.

AMENDED NOTICE OF ELECTION NOT TO INTERVENE; PROPOSED ORDER
C 12-2067 PSG

2

A proposed order accompanies this notice.

DATED: December 1, 2014

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

MELINDA HAAG
United States Attorney

MICHAEL D. GRANSTON
RENÉE BROOKER
JAY D. MAJORS
ADAM TAROSKY
U.S. Department of Justice
Civil Division

*Melanie Proctor*
MELANIE L. PROCTOR
Assistant United States Attorney

Attorneys for the
 United States of America

AMENDED NOTICE OF ELECTION NOT TO INTERVENE; PROPOSED ORDER
C 12-2067 PSG

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES ex rel. CAROLINA MARION, <br><br> Plaintiffs, <br><br> v. <br><br> HEALD COLLEGE, LLC, et al., <br><br> Defendants. | No. C 12-2067 PSG <br><br> [PROPOSED] ORDER |

## (PROPOSED) ORDER

The United States, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

1. The complaint, amended complaint, summons, and scheduling order shall be unsealed and served upon the defendant by the relator. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the Government's Notice of Election to Decline Intervention, which the relator may serve upon the defendant only after service of the complaint. The seal is lifted as to all matters occurring in this action after the date of this Order.

2. The parties shall serve all further pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

3. All orders of this Court shall be sent to the United States.

4. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

AMENDED NOTICE OF ELECTION NOT TO INTERVENE; PROPOSED ORDER
C 12-2067 PSG

IT IS SO ORDERED.

Dated: 12.3.14

PAUL S. GREWAL
United States Magistrate Judge