# EXHIBIT 1

**KC 276 Attendance Changes**

| | | | |
|---|---|---|---|
| Campus | Salinas | Month/Year | Nov-11 |
| Control Owner or Primary Independent Reviewer | Monica Delgado | Control Owner or Primary Indep. Reviewer (Signature) | [signature] |
| Secondary Independent Reviewer (Print) | Angelica Hernandez | Secondary Independent Reviewer (Signature) | [signature] |
| Total # Tested | 25 | 100% Sample (Y/N) | Y |
| Total Errors | 0 | Overall Conclusion (Pass/Fail) | Pass |
| | | School President Initials | [initials] |

**Instructions:**

1. *Please remember that all attendance changes must be supported. The use of this log is optional. The log serves as a tool to aid School Management to ensure compliance with this control.*

2. Overall conclusion must be a PASS. An overall pass conclusion occurs with 0 failures in a sample of 25, one or less failures in a sample of 40, or 100% of population audited and all errors/failures fixed.

3. Obtain the attendance change extract from PeopleSoft and select 25 attendance changes. If one selection in the sample population fails the sample selection needs to be expanded to 100% or 40, whichever is less. If two or more failures occur, the sample must be 100% of the months population.

4. Document reason for individual sample failure in the tickmark legend or a pass if professional judgement was used on attribute "C".

5. A secondary independent reviewer (preferably the school president) must re-perform at least two random samples of the SOX Control owner's testing. If discrepancies are noted the entire sample selection must be reperformed by an independent reviewer, and training must occur with original Control Owner or Reviewer. Document in the Tickmark Legend the process/training that occured if this step is necessary.

6. Reviewers of each control must be independent of the person performing the process. Both the Primary and Secondary independent signatures indicate concurrence with the overall conclusion.

7. The School President initial indicate that they personally reviewed the control sheet for accuracy, completeness, and concurrence with the overall conclusion.

8. Select 25 changes made from absent to present codes.

*Test Procedures:*

Request an extract from PeopleSoft showing all attendance changes generated since July 1 or remediation dates. Select sample of student records from the list that changed from Absent to Present.

*Detailed Control Testing*

| | Attributes Defined |
|---|---|
| A | There is a "Request to Change Attendance" form for the attendance change |
| B | Each "Request to Change Attendance" form was reviewed, approved by authorized management. (Insure instructor signature where necessary) |
| C | If attendance change form is unavailable, is there other supporting documentation? i.e. attendance roster supporting the correction of a data entry error |

Confidential - [illegible] SOX Controls 2011 [illegible] November 30 [illegible]

KC #76 Attendance Changes | Campus: Salinas | Month/Year: Nov-11

| Sample Number | Secondary Review Initials | Student ID | Student Name | Date of Change | Old Attendance | New Attendance | A | B | C | Pass/Fail |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Attribute Testing | | | Attributes | | | |
| 1 | [initials] | [redacted]39 | [redacted] | 11/28/2011 | Absence | Presence | X | X | X | Pass |
| 2 | [initials] | [redacted]86 | [redacted] | 11/1/2011 | Absence | Presence(Tardy) | X | X | X | Pass |
| 3 | [initials] | [redacted]48 | [redacted] | 11/21/2011 | Absence | Presence | X | X | X | Pass |
| 4 | [initials] | [redacted]16 | [redacted] | 11/28/2011 | Absence | Presence | X | X | X | Pass |
| 5 | [initials] | [redacted]31 | [redacted] | 11/28/2011 | Absence | Presence | X | X | X | Pass |
| 6 | [initials] | [redacted]79 | [redacted] | 11/28/2011 | Absence | Presence | X | X | X | Pass |
| 7 | [initials] | [redacted]778 | [redacted] | 11/28/2011 | Absence | Presence | X | X | X | Pass |
| 8 | [initials] | [redacted]52 | [redacted] | 11/15/2011 | Absence | Presence | X | X | X | Pass |
| 9 | [initials] | [redacted]36 | [redacted] | 11/14/2011 | Absence | Presence | X | X | X | Pass |
| 10 | [initials] | [redacted]18 | [redacted] | 11/28/2011 | Absence | Presence | X | X | X | Pass |
| 11 | [initials] | [redacted]37 | [redacted] | 11/28/2011 | Absence | Presence | X | X | X | Pass |
| 12 | [initials] | [redacted]35 | [redacted] | 11/21/2011 | Absence | Presence | X | X | X | Pass |
| 13 | [initials] | [redacted]86 | [redacted] | 11/2/2011 | Absence | Presence(Tardy) | X | X | X | Pass |
| 14 | [initials] | [redacted]90 | [redacted] | 11/15/2011 | Absence | Presence | X | X | X | Pass |
| 15 | [initials] | [redacted]00 | [redacted] | 11/28/2011 | Absence | Presence | X | X | X | Pass |
| 16 | [initials] | [redacted]12 | [redacted] | 11/4/2011 | Absence | Presence | X | X | X | Pass |
| 17 | [initials] | [redacted]17 | [redacted] | 11/22/2011 | Absence | Presence | X | X | X | Pass |
| 18 | [initials] | [redacted]57 | [redacted] | 11/14/2011 | Absence | Presence(Tardy) | X | X | X | Pass |
| 19 | [initials] | [redacted]41 | [redacted] | 11/14/2011 | Absence | Presence | X | X | X | Pass |
| 20 | [initials] | [redacted]53 | [redacted] | 11/7/2011 | Absence | Presence | X | X | X | Pass |
| 21 | [initials] | [redacted]66 | [redacted] | 11/15/2011 | Absence | Presence | X | X | X | Pass |
| 22 | [initials] | [redacted]42 | [redacted] | 11/10/2011 | Absence | Presence | X | X | X | Pass |
| 23 | [initials] | [redacted]26 | [redacted] | 11/1/2011 | Absence | Presence | X | X | X | Pass |
| 24 | [initials] | [redacted]75 | [redacted] | 11/10/2011 | Absence | Presence | X | X | X | Pass |
| 25 | [initials] | [redacted]16 | [redacted] | 11/21/2011 | Absence | Presence | X | X | X | Pass |

# EXHIBIT 2

From: Guerrero, Marit[z]
Sent: Wednesday, June 29, 2011 1:28 PM
To: Sellen, Jennifer; SLC - Academic Affairs
Cc: Garcia, Jorge; Cortez, Herbert; Hernandez, Angelica; Marion, Carolina
Subject: RE: 14 Day Report

/PL Students:

| Student Name | EMPLID | Phone | Plan | LDA | Since LDA | Day/Night | Will |
|---|---|---|---|---|---|---|---|
| | 30 | 831 | LGL-CJ-AAS | 6/14 | 15 | Evening | to atte |
| | 00 | 831 | LGL-CJ-AAS | 6/12 | 17 | Day | Awa con |
| | 92 | | LGL-CJ-AAS | 6/12 | 17 | Day | OE( |
| | 50 | 831 | LGL-CJ-AAS | 6/10 | 19 | Day | Pen |
| | 18 | 831 | LGL-CJ-AAS | 6/9 | 20 | Day | Unr |
| | 03 | 831 | LGL-CJ-AAS | 6/8 | 21 | Evening | Unr |
| | 56 | 831 | LGL-CJ-AAS | 6/7 | 22 | Day | Unr |
| | ;89 | 831 | LGL-CJ-AAS | 6/5 | 24 | Evening | OL( |
| | 74 | 831 | LGL-CJ-AAS | 5/9 | 51 | Day | PO( |
| | 52 | 831 | LGL-CJ-AAS | 4/20 | 70 | Day | Nev |

ank you,

*Maritza Guerrero*



ıdent Services Advisor
iminal Justice & Paralegal Programs
ect line: (831) 444-4661
ll: (831) 262-7566
ıail: maritza_guerrero@heald.edu

REDACTED DOCUMENT

ɔm: Sellen, Jennifer
nt: Wednesday, June 29, 2011 9:27 AM
: SLC - Academic Affairs

1