BLANCA F. YOUNG (State Bar No. 217533)
blanca.young@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

RAY S. SEILIE (State Bar No. 277747)
ray.seilie@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
HEALD COLLEGE, LLC; CORINTHIAN
COLLEGES, INC.; EEVA DESHON;
BARBARA GORDON; TERRY RAWLS;
KAREN ROSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. CAROLINA MARION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HEALD COLLEGE, LLC; CORINTHIAN COLLEGES, INC.; EEVA DESHON; BARBARA GORDON; TERRY RAWLS; KAREN ROSE,<br><br>　　　　Defendants. | Case No. 12-cv-02067-PSG<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Judge:　Hon. Paul S. Grewal<br>Date:　　May 5, 2015<br>Time:　　10:00 a.m.<br>Crtrm.:　 5 |

Defendants Heald College, LLC ("Heald"); Corinthian Colleges, Inc. ("Corinthian"); Eeva Deshon; Barbara Gordon; Terry Rawls; and Karen Rose (the "Individual Defendants") respectfully request that the Court take judicial notice of Exhibits 1 through 15 in connection with Defendants' Motion to Dismiss First Amended Complaint.

Pursuant to Federal Rule of Evidence 201, the Court may take judicial notice of a fact "not subject to reasonable dispute [if] it (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). The Court may take judicial notice of the matters below.

### 1. Complaints and Court Filings in Other Cases

*First,* Defendants request that the Court take judicial notice of the complaints and court filings listed below as Exhibits 1-7 and 9-11 for the purpose of establishing the fact of those filings and that they were publicly disclosed as of the date they were filed or the action was unsealed, whichever occurred later. Courts can and do take judicial notice of such materials to determine whether the first-to-file rule applies, or whether a qualifying public disclosure occurred, without converting the motion to dismiss into one for summary judgment. *See, e.g., Amphastar Pharms. Inc. v. Aventis Pharma SA,* No. 09-0023, 2012 U.S. Dist. LEXIS 162900, at *10-11 (C.D. Cal. Nov. 14, 2012); *U.S. ex rel. Dingle v. Bioport Corp.,* 270 F. Supp. 2d 968, 971-72 (W.D. Mich. 2003); *see also Metzler Inv. GMBH v. Corinthian Colls., Inc.,* 540 F.3d 1049, 1061 (9th Cir. 2008) (citing *Tellabs, Inc. v. Makor Issues & Rights, LTD,* 551 U.S. 308, 322 (2007)); *Grynberg v. Koch Gateway Pipeline Co.,* 390 F.3d 1276, 1279 n.1 (10th Cir. 2004) (declining to convert a motion to dismiss based on the first-to-file rule into a motion for summary judgment).

Exhibits 1-7 and 9-11 are publicly filed complaints and documents in court proceedings involving substantially similar allegations to the claims in this action. Each of these documents is available on PACER or other public databases of court records, or in the records of the court where the action was filed. The Court may take judicial notice of pleadings and papers filed with it and with other courts in related actions. *See Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank,* 136 F.3d 1360, 1364 (9th Cir. 1998) (granting request for judicial notice of pleadings in

related action); *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (same); *Kuan v. U.S. Customs Serv.*, No. CV 08-1980-DDP, 2009 WL 6340016, at *1 n.3 (C.D. Cal. Dec. 16, 2009) ("The Court may take judicial notice of matters of public record, including court records in a related proceeding."); *In re Edward Jones Holders Litig.*, 453 F. Supp. 2d 1210, 1217 n.8 (C.D. Cal. 2006) (judicial notice of related proceedings).

### 2. Government Reports and Congressional Testimony

*Second*, Defendants request that the Court take judicial notice of government reports and congressional testimony attached as Exhibits 12-15, for the purpose of establishing the fact of those reports and testimony and the dates when they were made public.[1] Judicial notice of these matters is appropriate because they are official government reports and are publicly available on the U.S. Government Printing Office's website, http://www.gpo.gov/, or the U.S. Government Accountability Office, http://www.gao.gov, or in the Federal Register. *See Javaheri v. JPMorgan Chase Bank, N.A.*, No. CV10-08185 ODW, 2011 WL 97684, at *2 (C.D. Cal. Jan. 11, 2011) ("Government reports and publications . . . [are] judicially noticeable.") (internal citation omitted); *accord Barron v. Reich*, 13 F.3d 1370, 1377 (9th Cir. 1994) ("Records and reports of administrative bodies" are subject to judicial notice); *Oregon State Bar Prof'l Liab. Fund v. U.S. Dep't of Health & Human Servs.*, No. 10-cv-1392, 2012 WL 1071127, at *3 (D. Or. Mar. 29, 2012) (taking judicial notice of GAO report); *Paralyzed Veterans of Am. v. McPherson*, No. 06-cv-4670, 2006 WL 3462780 at *4 (N.D. Cal. Nov. 28, 2006) (taking notice of Congressional reports).

### 3. Heald College Academic Catalog

*Third*, Defendants request that the Court take judicial notice of Heald College's 2011 academic catalog.[2] Relator cites this catalog and earlier versions of it throughout her complaint. (*See, e.g.*, FAC ¶¶ 31, 33, 51, 61). Courts may consider "documents incorporated by reference in

---

[1] Defendants have submitted excerpts from these documents in the interest of efficiency. Of course, Defendants will submit these documents in their entirety if the Court requests them.

[2] Defendants have submitted an excerpt from this catalog in the interest of efficiency, but will submit the catalog in its entirety if the Court requests it.

the complaint" when considering a motion to dismiss without converting it into a motion for summary judgment. *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003); *In re Bare Escentuals, Inc. Securities Litig.*, 745 F. Supp. 2d 1052, 1066-67 (N.D. Cal. 2010).

### 4. *Inside Higher Ed* Article

*Fourth*, Defendants request that the Court take judicial notice of an August 6, 2011 article published by *Inside Higher Ed* for the purpose of establishing the existence of the article and the date on which it was published. The Court may properly take judicial notice "of publications introduced to 'indicate what was in the public realm at the time . . . .'" *Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2009); *see also United States ex rel. Lam v. Tenet Healthcare Corp.*, 481 F. Supp. 2d 673, 680 (W.D. Tex. 2006) (taking judicial notice of newspaper and other articles for purposes of dismissing cases under False Claims Act).

| Exhibit | Description |
|---|---|
| 1 | Motion of Plaintiffs/Relators for Transfer of Actions to the Northern or Central District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, *In re Corinthian Colleges Qui Tam Litigation*, MDL No. 2630 (JPML Mar. 13, 2015) |
| 2 | Complaint, *United States ex rel. Hays v. Corinthian Colleges, Inc.*, Case No. SACV11-1395 BRO (MLGx) (Sep. 9, 2011) |
| 3 | Complaint, *United States ex rel. Andrews v. Corinthian Colleges, Inc.*, Case. No. SACV11-1675 JVS (MLGx) (Nov. 1, 2011) |
| 4 | Verified Complaint and Demand for Jury Trial, *United States ex rel. Backhus*, Case No. 07-cv-891-T-30-TGW (M.D. Fla. May 23, 2007) |
| 5 | Complaint for Violation of Federal False Claims Act, *United States ex rel. Lee v. Corinthian Colleges*, Case No. 07-cv-01984-PSG-MAN (C.D. Cal. Mar. 26, 2007) |
| 6 | First Amended Complaint, *United States ex rel. Lee v. Corinthian Colleges*, Case No. 07-cv-01984-PSG-MAN (C.D. Cal. Dec. 21, 2011) |
| 7 | Complaint, *United States ex rel. Fuhr v. Corinthian Colleges Inc.*, Case No. SACV 07-1157 AG (CWx) (C.D. Cal. Sep. 21, 2007) |
| 8 | Excerpts from Heald College Academic Catalog (June 2011) |
| 9 | Order Regarding United States' Election to Decline Intervention and Unsealing of Complaint, *United States ex rel. Lee v. Corinthian Colleges*, Case No. 07-CV-01984 PSG (MANx) (C.D. Cal. Feb. 27, 2009) |
| 10 | Order Regarding United States' Election to Decline Intervention and Unsealing of Complaint, *United States ex rel. Fuhr v. Corinthian Colleges*, Case No. SACV 07-1157 AG (CWx) (C.D. Cal. Feb. 27, 2009) |
| 11 | Order, *United States ex rel. Backhus v. Corinthian Colleges, Inc.*, Case No. 07-cv-891-T-30-TGW (M.D. Fla. Dec. 4, 2008) |

| 12 | Excerpts, *Enforcement of Federal Anti-Fraud Laws in For-Profit Education: Hearing Before the Committee on Education and the Workforce*, U.S. House of Representatives, Serial No. 109-2, 109th Cong. (Mar. 1, 2005), available at http://www.gpo.gov/fdsys/pkg/CHRG-109hhrg99773/pdf/CHRG-109hhrg99773.pdf |
| --- | --- |
| 13 | U.S. Gov't Accountability Office, *Higher Education: Information on Incentive Compensation Violations Substantiated by the U.S. Department of Education*, GAO-10-370-R (Feb. 23, 2010) ("GAO Rep."), available at http://www.gao.gov/assets/100/96559.pdf |
| 14 | Excerpts, *Ensuring Student Eligibility Requirements for Financial Aid: Hearing Before the Subcommittee on Higher Education, Lifelong Learning, and Competitiveness, Committee on Education and Labor*, U.S. House of Representatives, Serial No. 111-36, 111th Cong. (Oct. 14, 2009), available at http://www.gpo.gov/fdsys/pkg/CHRG-111hhrg52655/pdf/CHRG-111hhrg52655.pdf |
| 15 | Excerpts, *Emerging Risk? An Overview of the Federal Investment in For-Profit Education: Hearing of the Committee on Health, Education, Labor, and Pensions*, U.S. Senate, S. Hrg. No. 111-1000, 111th Cong. (June 24, 2010), available at http://www.gpo.gov/fdsys/pkg/CHRG-111shrg57222/pdf/CHRG-111shrg57222.pdf |
| 16 | Doug Lederman, *For-Profits and the False Claims Act*, Inside Higher Ed (Aug. 15, 2011), *available at* https://insidehighered.com/print/news/2011/08/15/new_round_of_false_claims_act_worries_for_profit_colleges (last visited Mar. 20, 2015). |

DATED: March 23, 2015

MUNGER, TOLLES & OLSON LLP
BLANCA F. YOUNG
RAY S. SEILIE

By:    /s/ Blanca F. Young
           Blanca F. Young

Attorneys for Defendants
HEALD COLLEGE, LLC; CORINTHIAN COLLEGES, INC.; EEVA DESHON; BARBARA GORDON; TERRY RAWLS; KAREN ROSE