UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CORINTHIAN COLLEGES, INC.,
QUI TAM LITIGATION                                                                                  MDL No. 2630

ORDER DEEMING MOTION WITHDRAWN
AND VACATING THE MAY 28, 2015, HEARING SESSION ORDER

Before the Panel is a motion by plaintiffs/relators Patricia Salazar, Brian Payne, Christi Hays, Mamie Andrews and Carolina Marion, filed pursuant to 28 U.S.C. § 1407. In their motion, plaintiffs seek centralization of the actions on the attached schedule in the United States District Court for the Northern District of California or, in the alternative, the Central District of California for coordinated or consolidated pretrial proceedings. Movants now seek to withdraw their Section 1407 motion. The only responding party opposes centralization.

IT IS THEREFORE ORDERED that plaintiffs' motion for transfer under 28 U.S.C. § 1407 is DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 9, 2015, are VACATED insofar as they relate to this matter.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel